# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela Dawn Dowling, | Case No.: 2:24-cv-01102-JAD-BNW |
|        Plaintiff | |
| v. | **Order Adopting Report & Recommendation and Dismissing and Closing Case** |
| Riposta Cassidy Law, | [ECF No. 8] |
|        Defendant | |

Plaintiff Angela Dawn Dowling filed this action against Riposta Cassidy Law, stating only that "Defendant get notice of unlawful action without court order."[1]  Because that filing fell far short of stating any plausible cause of action, the court dismissed that complaint and gave Dowling until August 9, 2024, to file an amended complaint.[2]  When Dowling failed to file an amended complaint by that deadline, the magistrate judge issued a report and recommendation for dismissal.[3]  Any objection to that recommendation was due by September 9, 2024, but Dowling neither objected nor moved to extend her time to do so.  When no objections are filed, no review of a magistrate judge's report and recommendation is required.[4]  Accordingly,

IT IS HEREBY ORDERED THAT the Report and Recommendation **[ECF No. 8] is ADOPTED** in full, **this action is DISMISSED**, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024

---

[1] ECF No. 1-1.

[2] *See* ECF No. 8 at 1.

[3] *Id.*

[4] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).